**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
CECILE FOY GSANGER



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

July 13, 2015

Mr. Robert J. Wortham
Criminal District Attorney
1085 Pearl Street, Suite 300
Beaumont, TX 77701
* DELIVERED VIA E-MAIL *

Hon. Kevin Sekaly-Cribbs
Attorney at Law
7705 Calder Avenue
Beaumont, TX 77706
* DELIVERED VIA E-MAIL *

Hon. Wayln G. Thompson
Assistant District Attorney
Jefferson County Courthouse
1001 Pearl Street, 3rd Floor
Beaumont, TX 77701
* DELIVERED VIA E-MAIL *

Hon. D. Ann Manes
Asst. Crim.  District Attorney
1085 Pearl Street, Ste. 300
Beaumont, TX 77701
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-14-00380-CR
Tr.Ct.No. 12-14114
Style:    Lawrence James Jr. v. The State of Texas


Appellant's motion for extension of time to file brief in the above cause was this day GRANTED by this Court.  The time has been extended to Monday, August 10, 2015.

Very truly yours,

Cecile Foy Gsanger, Clerk

CFG:ch